## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I am currently or was formerly employed by Samuel Rudick, D.D.S. PLLC, Samuel Rudick and West 57th Street Dental Associates ("Defendants") at some period during the previous three years. I also state that I was required to report to work for more than forty (40) hours per week but was not compensated at a rate of time and a half for hours worked in excess of forty (40) hours and/or I participated in a barter system where I was asked to barter my time for dental work but was not provided an accounting and had the money withdrawn prior to the payment of my wages. I hereby consent to join the lawsuit entitled Simancas v. Samuel Rudick, D.D.S. PLLC et al, Case No.: 14-cv-9682 (VSB) brought pursuant to the Fair Labor Standards Act and New York Labor Law.

I hereby designate Phillips & Associates, Attorneys at Law, PLLC ("Plaintiffs' Counsel") to represent me for all purposes of this action.

I also designate the Class Representative, Elizabeth Simancas, who brought the lawsuit as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation. I also state that I have entered into my own retainer agreement with Plaintiffs' Counsel or consent to the retainer agreements entered into by the Class Representatives concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____        _Catherine Silva_____
Date                             Signature

_____        [redacted]
Dates of Employment with Defendant   Full Legal Name (Print)

_____        [redacted]
Home Telephone Number

_____        [redacted]
Cell Telephone Number            City, State, Zip Code

                                 [redacted]
                                 Email Address

State of New York
County of _KING_
On this _17th_ day of _FEBRUARY 2015_ before me came
_CATHERINE SILVA_, to me known to be the individual(s) described in and who executed the foregoing instrument and acknowledged that he/she/they executed the same.

x _Anthony Husbands_              ANTHONY RUDOLPH HUSBANDS
Notary Public Signature           Notary Public, State of New York
Stamp/Seal                        No. 01HU6306390
                                  Qualified in Kings County
                                  Commission Expires June 23, 2018